PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Di Gregorio            Cr.: 03-00253-006
                                                PACTS Number: 33827

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 04/17/06

Original Offense: Conspiracy to Commit Money Laundering

Original Sentence: Bureau of Prisons 41 months, Supervised Release 3 years

Type of Supervision: Supervised Release            Date Supervision Commenced: 08/07/09

## PETITIONING THE COURT

[ ]  To extend the term of supervision for ___ Years, for a total term of ___ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The defendant shall make restitution in the amount of $531,531.37 to the Merrill Lynch Fraud Unit, c/o Richard Mandel, 222 Broadway, 2nd Floor, New York, New York 10038. Restitution payments in the amount of at least $80 per month are to be made payable to the U.S. Treasury and mailed to the Clerk, U.S. District Court, 402 East State Street, Room 2020, Trenton, New Jersey 08608 for distribution to the victim.

## CAUSE

At the time of sentencing, on April 17, 2006, the offender was ordered to pay the above-mentioned restitution; however, a payment schedule was not established. Based on a review of the offender's finances, he now has the ability to pay at least $80 per month towards the court-ordered financial obligation.

Respectfully submitted,

By: Kenneth W. Manuel
    U.S. Probation Officer
    Date: 03/31/11

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[x] Other

The Court orders that the defendant make restitution payments in the amount of $100.00 per month.

SO ORDERED.

_____
Signature of Judicial Officer

4/25/2011
Date